UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERALD DAVIDSON,<br><br>                Plaintiff,<br><br>        v.<br><br>D. DAVEY, et al.,<br><br>                Defendant. | Case No.: 1:13-cv-0979 – LJO – JLT (PC)<br><br>ORDER ADOPTING THE SECOND AMENDED FINDINGS AND RECOMMENDATION DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Docs. 1-2 and 12) |

Plaintiff Derald Davidson is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983. (Doc. 1-2). On August 5, 2013, the Magistrate Judge issued a second amended Finding and Recommendation dismissing certain claims. (Doc. 12). While the Court advised Plaintiff that he could file his objections to the Findings and Recommendations, if any, within 14 days, he has failed to do so.

The Magistrate Judge recommended dismissal of Plaintiff's claim against Defendants Davey Pfeiffer Tallerico, Jones, and Lozano for the manner in which they handled his inmate grievance. (Doc. 12 at 6-8). The Magistrate Judge noted that Plaintiff had no constitutional right to have his inmate grievance handled in a particular manner. Id. at 6. Further, the Magistrate Judge considered that Plaintiff could not assert supervisory liability against Tallerico, Pfeiffer, Davey, and Lozano for their failure to ensure that their subordinates properly processed Plaintiff's administrative grievance. Finally, and most notable, the Magistrate Judge considered that it was Plaintiff's delay in filing his

1

Second Level grievance appeal that ultimately caused prison officials to cancel his appeal.

Therefore, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Magistrate Judge's second amended Findings and Recommendations (Doc. 12) are supported by the record and by proper analysis.

Accordingly, the Court **HEREBY ORDERS** that:

1. The second amended Findings and Recommendations (Doc. 12) are **ADOPTED IN FULL**; and

2. Plaintiff's claims against Defendants Davey, Pfeiffer, Tallerico, Jones, and Lozano are **DISMISSED without leave to amend.**

IT IS SO ORDERED.

Dated:   **August 27, 2013**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE